# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rucker, Shelley D. | United States Bankruptcy Court, E.D. Tenn. | 09/24/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Historic U.S. Courthourse
31 E. 11th Street
Chattanooga, Tennessee 37402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member - Bankruptcy Court Judicial Liaison | Federal Bar Association of Chattanooga |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 09/24/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Girls Preparatory School (Salary) |
| 2. | 2017 | National Conference of Bankrupty Judges (Fees for Newsletter Layout Work) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 8-11, 2017 | Las Vegas, Nevada | Attendance at annual meeting | Hotel and Airfare |
| 2. | MidSouth Commercial Law Institute | November 30 to December 1, 2017 | Nashville, Tennessee | Teaching at seminar | Hotel, Meals, Conference Registration |
| 3. | Federal Judicial Center/ National Conference of Bankruptcy Judges | March 12-17, 2017 | Charleston, South Carolina | Attendance at CLE/ NCBJ Mid Year Meeting | Hotel, Meals and Mileage from FJC |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 09/24/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Lynn Winningham | Used Dining Room Chairs, 2 buffets, Glassware | $1,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 09/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Accounts | A | Interest | M | T | | | | | |
| 2. Regions Bank Account | | None | J | T | | | | | |
| 3. Fidelity Rollover IRA #1 (H) | | | | | | | | | |
| 4. -Fidelity Freedom 2010 Fund (FFFCX) | D | Dividend | M | T | | | | | |
| 5. -Fidelity Freedom 2030 Fund (FFFEX) | D | Dividend | M | T | | | | | |
| 6. -Fidelity Freedome 2040 (FFFFX) | B | Dividend | L | T | Buy | 03/17/17 | K | | |
| 7. -Fidelity Select Medical Equipment and Supply (FSMEX) | B | Dividend | K | T | Buy | 03/17/17 | K | | |
| 8. -Apple Inc. Common Stock | B | Dividend | M | T | Sold (part) | 02/13/17 | K | D | |
| 9. -Walt Disney Co. Common Stock | A | Dividend | | | Sold | 10/19/17 | K | | |
| 10. | | | K | T | Buy | 12/18/17 | K | | |
| 11. -Goldman Sachs Group, Inc. | A | Dividend | | | Sold | 10/19/17 | K | | |
| 12. -Taser International | | None | | | Sold | 03/21/17 | J | | |
| 13. -Fidelity Core money market account | A | Interest | N | T | Spinoff (from line 9) | 10/19/17 | K | | |
| 14. | | | | | Spinoff (from line 11) | 10/19/17 | K | | |
| 15. | | | | | Spinoff (from line 8) | 02/13/17 | K | | |
| 16. | | | | | Spinoff (from line 12) | 03/21/17 | J | | |
| 17. | | | | | Distributed (part) | 03/17/17 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 09/24/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Distributed (part) | 12/18/17 | K | | |
| 19. Northwest Mutual Insurance Co.Whole Life Policy | B | Dividend | L | T | | | | | |
| 20. Massachusetts Mutual Whole Life Policy | A | Dividend | J | T | | | | | |
| 21. Girls Preparatory School 401(a) Plan TIAA CREF (H) | | | | | | | | | |
| 22. -TIAA Traditional | A | Interest | K | T | | | | | |
| 23. | | | | | | | | | |
| 24. -CREF Growth R1 | | None | J | T | Sold | 03/23/17 | M | D | |
| 25. | | | | | Buy | 04/24/17 | M | | |
| 26. | | | | | Sold | 08/03/17 | M | C | |
| 27. | | | | | Buy | 10/25/17 | J | | |
| 28. -CREF Money Market R1 | A | Interest | | | Spinoff (from line 24) | 03/23/17 | M | | |
| 29. | | | | | Distributed (part) | 04/24/17 | M | | |
| 30. | | | | | Spinoff (from line 26) | 08/03/17 | M | | |
| 31. | | | | | Distributed (part) | 09/26/17 | M | | |
| 32. | | | | | Distributed | 10/25/17 | J | | |
| 33. Girls Preparatory School 403(b) Plan TIAA CREF (H)- | | | | | | | | | |
| 34. -CREF Money Market Account R1 | A | Interest | J | T | Spinoff (from line 40) | 03/23/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 09/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Distributed (part) | 04/24/17 | L | | |
| 36. | | | | | Spinoff (from line 42) | 08/03/17 | L | | |
| 37. | | | | | Distributed (part) | 08/15/17 | K | | |
| 38. | | | | | Distributed (part) | 09/25/17 | K | | |
| 39. -TIAA Traditional | A | Interest | J | T | | | | | |
| 40. -CREF Growth R1 | | None | L | T | Sold | 03/23/17 | L | D | |
| 41. | | | | | Buy | 04/24/17 | L | | |
| 42. | | | | | Sold | 08/03/17 | L | C | |
| 43. | | | | | Buy | 12/26/17 | L | | |
| 44. -CREF Stock R1 | | None | | | Buy | 08/15/17 | L | | |
| 45. | | | | | Sold | 12/26/17 | L | C | |
| 46. Optum Health Savings Account | A | Interest | J | T | | | | | |
| 47. AXA Universal Life Insurance Policy | B | Int./Div. | J | T | | | | | |
| 48. Fidelity Rollover IRA #2 (H) | | | | | | | | | |
| 49. -Apple Inc. Common Stock | A | Dividend | M | T | Buy | 10/05/17 | L | | |
| 50. | | | | | Sold | 11/02/17 | L | D | |
| 51. | | | | | Buy | 11/20/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 09/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/22/17 | K | | |
| 53. -Citigroup Inc. Common New | A | Dividend | | | Buy | 10/10/17 | K | | |
| 54. | | | | | Sold | 11/08/17 | K | | |
| 55. -Sector SPDR TR SHS BEN INT Industrial | A | Dividend | K | T | Buy | 11/08/17 | K | | |
| 56. -Select Sector SPDR TR SHS BEN INT Materials | A | Dividend | K | T | Buy | 11/08/17 | K | | |
| 57. -Select Sector SPDR TR Consumer | | None | K | T | Buy | 12/20/17 | K | | |
| 58. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 59. Fidelity CORE Account - BNY Mellon Insured Deposit | A | Interest | K | T | Open | 10/02/17 | M | | |
| 60. | | | | | Distributed (part) | 10/05/17 | L | | |
| 61. | | | | | Distributed (part) | 10/10/17 | K | | |
| 62. | | | | | Spinoff (from line 50) | 11/02/17 | L | | |
| 63. | | | | | Distributed (part) | 11/08/17 | K | | |
| 64. | | | | | Spinoff (from line 54) | 11/08/17 | K | | |
| 65. | | | | | Distributed (part) | 11/20/17 | K | | |
| 66. | | | | | Distributed (part) | 12/20/17 | K | | |
| 67. | | | | | Distributed (part) | 12/21/17 | J | | |
| 68. | | | | | Distributed (part) | 12/22/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 09/24/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1 Gains from sale of condominium deposited into Suntrust account. Gains were category F.

Lines 4-6 Fidelity statements regarding the 2010, 2030 and 2040 Funds indicated that short term and long term gains were earned onthe accounts and were reinvested in units of those funds respectively. These gains are included in year end values. These transactions were part of the management of the fund and I have no futher details on what particular transaction within the funds produced the gains. The dividend and or interest income from these funds that was reflected in my statements is shown in column B on lines 4-6.

Lines 10 and 18 Funds from the Core Account were used to purchase the Disney stock in December and the shares of the Fidelity Select Medical Equipment Fund.

Lines 19 and 20 Values are cash surrender values.

Line 24, 40, and 44 Statements for the Girls Preparatory School 401(A) DC Plan and 403(B) DC Plan do not reflect quarterly dividends earned by the investments composed of CREF Stock and CREF Growth Funds. No information regarding reinvestment of dividends is provided. Only the value of the asset based on the market value at that time is reflected on the quarterly statement. There is no information regarding reinvested dividends, or short or long terms gains reflected in the statements. Therefore, "none" is the response which is indicated in Column B. TIAA Traditional reflects only quarterly interest amounts which have been included in Column B.

Lines 31 Funds from CREF Money Market Accounts realated to 401(A) and 403(D) plans were rolled over into Fidelity IRA #2. Statements show distributions from TIAA CREF on 9/26/17 and 9/25/17 respectively. Fidelity shows check to open account was received on 10/2/17. See line 59.

Line 53 Citigroup stock was sold at a loss.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shelley D. Rucker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544